```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
UNITED STATES OF AMERICA,        :
                                 :   No. 10 Cr. 1212 (JFK)
    -against-                    :   No. 16 Civ. 5135 (JFK)
                                 :
KELVIN MENA,                     :        ORDER
                                 :
            Defendant.           :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

On June 3, 2020, the Court directed the Government to file a letter regarding whether the stay of proceedings in this habeas action should remain in effect. On June 17, 2020, the Government filed a letter consenting in part to Defendant Kelvin Mena's motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255, but requesting that the Court enter an amended judgment on the remaining count of conviction, with a sentence of 108 months' imprisonment, 3 years' supervised release, and a $100 mandatory special assessment.

Accordingly, Mena shall have until July 22, 2020, to file a response, if any. Absent further order, Mena's motion will be considered fully submitted as of that date.

The Clerk of Court is respectfully directed to terminate the stay imposed in this case.

**SO ORDERED.**

Dated:  New York, New York
        June 24, 2020

                                    _____
                                    John F. Keenan
                                    United States District Judge